ACCEPTED
04-15-00554-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 4:03:06 PM
KEITH HOTTLE
CLERK

NO. 04-15-00554-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 4:03:06 PM
KEITH E. HOTTLE
Clerk

KATHLEEN LEMAY (BARRACO)
*APPELLANT*

v.

LEVY TOWNHOUSE OWNERS ASSOCIATION, INC.
*APPELLEE*

APPEAL FROM CAUSE NO. 2014-CI-19385

408TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS

APPELLEE'S RESPONSE TO THE APPELLANT'S MOTION FOR REHEARING TO
REINSTATE APPEAL

M. SUSAN RICE
SBN: 10393380
39340 IH-10 West, Suite D
Boerne, Texas 78006
TEL: 1-888-840-1593
FAX: 1-888-840-1597
ATTORNEY FOR APPELLEE

NO. 04-15-00554-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

KATHLEEN LEMAY (BARRACO)
*APPELLANT*

v.

LEVY TOWNHOUSE OWNERS ASSOCIATION, INC.
*APPELLEE*

APPEAL FROM CAUSE NO. 2014-CI-19385

408TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS

**APPELLEE'S RESPONSE TO THE APPELLANT'S MOTION FOR REHEARING TO REINSTATE APPEAL**

TO HONORABLE COURT OF APPEALS:

Appellee, LEVY TOWNHOUSE OWNERS ASSOCIATION, INC., files this Response to the Appellant's Motion for Rehearing to Reinstate Appeal. In support of this Response, Appellee would show as follows:

FACTS

1. The basis of the Appellant's appeal was that the Appellant's name was not spelled correctly in the pleadings and the Default Order.

2. Plaintiff/Appellee filed with the Court a Release to Void the Default Order on October 8, 2015, wherein the Default Order, that is the basis of the Appellant's appeal, has been voided by the Plaintiff/ Appellee. A file stamped copy of the Release to Void the Default Order is attached hereto.

3. Since the Default Order is void, this appeal is no longer necessary.

WHEREFORE, premises considered, Petitioner, LEVY TOWNHOUSE OWNERS ASSOCIATION, INC., respectfully requests and prays that the Appellant's Motion for Rehearing to Reinstate Appeal be denied and for such other and further relief that the Appellee is entitled to.

Respectfully submitted,

M. SUSAN RICE, P.C.

M. SUSAN RICE
SBN: 10393380
39340 IH-10 West, Suite D
Boerne, Texas 78006
TEL: 1-888-840-1593
FAX: 1-888-840-1597
ATTORNEY FOR APPELLEE

FILED
10/8/2015 10:36:12 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Marissa Ugarte

CAUSE NO. 2014-CI-19385

| | | |
|---|---|---|
| LEVY TOWNHOUSE OWNERS ASSOCIATION, INC. | § § § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| vs. | § § | BEXAR COUNTY, TEXAS |
| KATHLEEN BARRACO | § § | |
| Defendant | § | 408th JUDICIAL DISTRICT |

## RELEASE TO VOID THE DEFAULT ORDER

STATE OF TEXAS       §

      §

COUNTY OF BEXAR       §

WHEREAS, on the 1st day of May 2015, in the 408h Judicial District Court of Bexar County, Texas, in a cause styled LEVY TOWNHOUSE OWNERS ASSOCIATION, INC. vs. KATHLEEN BARRACO, Cause No. 2014-CI-19385, LEVY TOWNHOUSE OWNERS ASSOCIATION, INC., Plaintiff in execution, recovered a Default Order to Proceed with Notice of Foreclosure Sale and Foreclosure Sale against KATHLEEN BARRACO, Defendant; and

WHEREAS, the Default Order is being voided so that the Plaintiff can proceed against the Respondent under the name that she claims is her current name and the name on the Warranty Deed.

NOW, THEREFORE, I, MARGARET SUSAN RICE, Attorney for LEVY TOWNHOUSE OWNERS ASSOCIATION, INC., void the Default Order on behalf of LEVY TOWNHOUSE OWNERS ASSOCIATION, INC.



Exhibit A

Page 1

WITNESS my hand this ___8___ day of _Ochbr_ 2015.



LEVY TOWNHOUSE OWNERS
ASSOCIATION, INC.
By:    M. SUSAN RICE, Attorney


BEFORE ME, the undersigned Notary Public, on this day personally appeared MARGARET SUSAN RICE, known to me to be the person whose name was subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on the ___8th___ day of _Ocbber_____, 2015, to certify which witness my hand and official seal.


_Taylor Anne Abston_
Notary Public in and for
The State of Texas

TAYLOR ANNE ABSTON
Notary Public, State of Texas
My Commission Expires
October 25, 2017


Return to:

M. Suzy Rice
M. SUSAN RICE, PC.
39340 IH-10 West, Suite D
Boerne, Texas 78006


Exhibit ___A___
Page ___1___

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Release to Void Default Order was sent by certified mail on the 8th day of October, 2015.

Law Offices of Bernard Buecker
1220 Tower Life Building
310 South Saint Mary's
San Antonio, Texas 78205

## CERTIFIED MAIL – RRR:
NO. 91 7199 9991 7031 3776 6947

91 7199 9991 7031 3776 6947

M. SUSAN RICE

Exhibit A
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Appellee's Response to the Appellant's Motion for Rehearing to Reinstate Appeal was sent by certified mail on the 18th day of November, 2015.

Law Offices of Bernard Buecker
1220 Tower Life Building
310 South Saint Mary's
San Antonio, Texas 78205

**CERTIFIED MAIL – RRR:**
NO. 91 7199 9991 7031 3776 6770

M. SUSAN RICE